**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01730-CV

## JAMES P. MURPHY, Appellant

## V.

## FRISCO SURGERY CENTER, ET AL., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-4116-2012**

## ORDER

We **GRANT** appellant's February 25, 2013 unopposed motion for an extension of time to

file a brief.  Appellant shall file his brief on or before March 14, 2013.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE